UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND STEDMAN,<br>1288 Maiden Lane<br>Jelllico, TN 37762<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 22-2924 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Pursuant to 28 U.S.C. §§ 1442, Defendant, the Department of Homeland Security, by and through undersigned counsel, hereby respectfully files this Notice of Removal of the Complaint originally filed in the District of Columbia Superior Court by Raymond Stedman ("Plaintiff"). In support of this Notice, the following facts are relied upon:

1. Defendant is in receipt of a Summons and Complaint in the case of *Raymond Stedman v. Department of Homeland Security,* Case No. 2022 CA 001803 B, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"), on April 28, 2022. Neither the United States Attorney's Office nor the Department of Homeland Security has been served with a copy of the Complaint in the Civil Action.

2. Plaintiff's Complaint seems to assert a claim for money damages in the amount of $45,000,000, against defendant. Plaintiff asserts that:

> Besides the invasion of privacy, harassment, criminal negligence, wreck [sic] less endangerment, and obstruction of justice I would like to put in my report, paranoia, public anxiety complex and injury to my brain and body caused by overwhelming signal, riots and ritual like attacks by media and government entities as well as a victimized public and military and intelligence agencies. I still lose comprehension and interrupt national and international broadcasts, congress meetings, speaker of the house interviews, sporting events etc.

*See* Complaint, attached hereto as **Exhibit 1**; *see also* Case Details - District of Columbia Superior Court, attached hereto as Exhibit 2.

3. Defendant is an agency of the United States, pursuant to 28 U.S.C. § 1442(a)(1).

4. Plaintiff's claims are those over which the District Court has original jurisdiction because the action is brought against an agency of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court.

Dated: September 27, 2022          Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing Notice of Removal of a Civil Action, including exhibit, was served by first class United States mail this 27th day of September 2022 to:

RAYMOND STEDMAN,
1288 Maiden Lane
Jelllico, TN 37762

                                          /s/ T Anthony Quinn
                                          T. ANTHONY QUINN
                                          Assistant United States Attorney